Submitted October 5, 1981.  David N. Rosen, for appellant;  Steven J. Cooperstein, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

Order and judgments of sentence affirmed.

448 A.2d 1189

Commonwealth v. Smith, Appellant.

Petition for Allowance of Appeal Denied Nov. 16, 1982.

Submitted February 24, 1982.  Ronold John Karasek, for appellant;  Donald B. Corriere, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Judgment of sentence affirmed.

448 A.2d 1189

Commonwealth v. Smith, Appellant.